**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | * | **BANKRUPTCY NO.** |
| | * | |
| **TYRONNE BASTIAN AND** | * | **19-11394** |
| **JANICE BASTIAN** | * | |
| Debtors | * | **CHAPTER 13** |
| | * | |
| | * | **SECTION "A"** |

* * * * * * * * * * * * * * *

### EMERGENCY MOTION TO DETERMINE THAT AUTOMATIC STAY IS NOT IN EFFECT

NOW INTO COURT, through undersigned counsel, comes Community Associates, Inc., secured creditor of this estate, who moves the court to enter an order, pursuant to 11 U.S.C. §362(c)(4)(A)(ii), confirming that the automatic stay is not in effect, as to this case, on the following grounds:

1.

Creditor is a holder and owner for value of one certain promissory note dated January 27, 2017, payable to the order of Community Associates, Inc., executed by Debtors, Janice Shanklin Bastian and Tyronne M. Bastian, in the principal amount of $60,408.00, payable in 180 consecutive monthly installments of $335.60 each, with the first installment being due on March 5, 2017, and the remaining installments due on the same day of each month thereafter, the final installment being due on February 5, 2032, which said note stipulates 25% of the amount due as attorney's fees if handed to an attorney for collection by legal

proceedings. A copy of said note is attached to Creditor's proof of claim, as Note 1.

2.

Note 1 is paraphed "ne varietur" for identification, and is secured by an Act of Mortgage, dated January 27, 2017, executed by Debtors Janice Shanklin Bastian and Tyronne M. Bastian, passed before Mark C. Landry, Notary Public, recorded in the mortgage records of the Parish of Orleans, State of Louisiana, at MIN 1239280. A copy of said mortgage is attached to creditor's proof of claim as Mortgage 1.

3.

In Mortgage 1, Debtors Janice Shanklin Bastian and Tyronne M. Bastian did specially mortgage, effect, and hypothecate unto and in favor of all future holders of Note 1 the following described property situated in the Parish of Orleans, State of Louisiana, to wit:

> ONE CERTAIN LOT OF GROUND, with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining to, situated in the Parish of Third District of the City of New Orleans, in Square No. 4468 bounded by Lafaye (formerly Deers), Maggie (formerly Rabbits) and Athis Street and Prentiss Avenue, which said lot is designated by the No. 26 and measures twenty-six feet, eight inches (26'8") front of Lafaye Street by a depth of one hundred feet (100') between equal and parallel lines, all according to a blueprint of survey annexed to an act before Fred Diebel, Notary Public, dated December 01, 1991. According to a survey of Adloe Orr, Jr., & Associates, Consulting Engineers, dated December 08, 1961, the above described property has the same location and measurements as given above. Lot No. 26 commences

fifty-three feet, four inches (53'4") from the corner of Lafaye Street and Prentiss Avenue.

And according to a survey of Gilbert, Kelly & Couturie Inc., Surveying and Engineering, dated October 10, 1977, the said lot is designated, situated and measures as set forth above, a copy of which survey is annexed hereto.

Municipal Address: 5707 Lafaye St. New Orleans, Louisiana.

Being the same property acquired by Audrey Bastian from Ewell Roby, as is evidenced by a judgment of possession, dated April 4, 2001, registered in Instrument #215705 of the conveyance records of the Parish of Orleans, State of Louisiana.

4.

Creditor has filed a petition for executory process, seeking to enforce the note and mortgage, in the case of *Community Associates, Inc. v. Janice Shanklin Bastian and Tyronne M. Bastian*, case no. 17-8414 on the docket of the Civil District Court for the Parish of Orleans.

5.

The public auction sale of the property is set by the Sheriff for the Parish of Orleans for noon on May 23, 2019, at the Civil Courts Building, 421 Loyola Ave, New Orleans, La. This is the third time this property has been set for sale.

6.

The debtors herein filed a petition under Chapter 13, in this court, on May 22, 2019, bearing the above caption. The debtors filed this case in proper person.

7.

On January 31, 2018, the debtors filed a case in this court under Chapter 13, being case no. 18-10225(A). This case was dismissed by this court on July 23, 2018, on the trustee's motion, for failure to confirm a plan. Pleading no. 51 in that case. The court is asked to take judicial notice of that proceeding. A copy of the order of dismissal in that case is attached hereto and made a part hereof.

8.

At the time this petition was filed, the property was set for public auction sale in connection with the previously filed petition for executory process, on February 1, 2018, but was stopped by the automatic stay.

9.

On October 3, 2018, the debtors filed a case in this court under Chapter 13, being case no. 18-12648(A). This case was dismissed by this court on February 26, 2019, for failure to confirm a plan and failure to make plan payments. Pleading no. 43 in that case. The court is asked to take judicial notice of that proceeding. A copy of the order of dismissal in that case is attached hereto and made a part hereof.

10.

At the time this petition was filed, the property was set for public auction sale in connection with the previously filed

petition for executory process, on October 4, 2018, but was stopped by the automatic stay.

11.

On May 22, 2019, the debtors filed a case in this court under Chapter 13, being case no. 19-11394(A).

12.

At the time this petition was filed, the property was set for public auction sale in connection with the previously filed petition for executory process, on May 23, 2019.

13.

As is set out above, this is the third bankruptcy case filed by the debtors and those three cases have been pending within the last year, so the automatic stay of 11 U.S.C. §362 did not come into effect, pursuant to 11 U.S.C. §362(c)(4)(A)(I).

14.

Creditor is entitled to an order confirming that the automatic stay did not go into effect upon the filing of this latest case, so that it may proceed with the currently scheduled sale.

        NEWMAN, MATHIS, BRADY & SPEDALE
        A Professional Law Corporation
        433 Metairie Road, Suite 600
        Metairie, Louisiana   70005
        Telephone:  (504) 837-9040

        By: /s/Mark C. Landry
          Mark C. Landry
          Bar Roll No. 7991