UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. |
| **TYRONE MARIO BASTIAN, SR.** | **19-11394** |
| **JANCIE SHANKLIN BASTIAN** | SECTION A |
| debtors | CHAPTER 13 |

## ORDER

Considering the Emergency Motion to Determine that Automatic Stay Is Not in Effect (P-5) filed by Community Associates, Inc.,

**IT IS ORDERED** that the Emergency Motion to Determine that Automatic Stay Is Not in Effect is **GRANTED without hearing,** and the Court confirms that there is no automatic stay in the above-captioned case.

**IT IS FURTHER ORDERED** that the Motion to Expedite Hearing (P-6) is **MOOT**.

**IT IS FURTHER ORDERED** that counsel for Mover shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, May 23, 2019.

                                                                                                Hon. Elizabeth W. Magner
                                                                                                 U.S. Bankruptcy Judge