UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

[signature]

[signature]

Case No. 19-11394

Chapter          Sec.

Motion to extend automa
attorney made my wife cry
told nothing untruthful about us
in other words he lied for
and me and wife have the documents
he said we just had flood insurance we
home he said we never paid commuily
my wife paid the bannptcy and me my
wife cold

Signed: [signature] M Burl[...]
        [signature] S B[...]
Date:
Address: JunE 26 2019

Phone: 337-802-9048

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

Case No. 19-11394

Chapter      Sec.

I fied in my wife fied paper on 6 the floor before. Two and men he was out order does name please your honour here

Signed: [signature]
Date: June 26 2019
Address: [signature - James S Barton]
Phone: 337-802-9048