# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE:  Case No. 19-11394

Chapter    Sec.

## NOTICE OF HEARING

Notice is given that a hearing on the  A Motion to autmatic stay
(document)

will be held before Judge Elizabeth on the following: MagnER

DATE: 7-16-19   7-15-19

TIME: 10:30 A.M.  1:30 p.m.   Rm B709

LOCATION: 500 Poydras Street, New Orleans, LA 70015. Courtroom B-_____.

Objections are due 7 days before the hearing.

## CERTIFICATE OF SERVICE

I certify that copies of the  Motion and notice  and the Notice of Hearing have been mailed to the parties on the attached list on

Signed: [signature]

Date: June 27, 2019
Address:

Phone: 337-802-9048

**19-11394** Tyronne Mario Bastian, Sr. and Janice Shanklin Bastian
Case type: bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Elizabeth W. Magner
Date filed: 05/22/2019 Date of last filing: 06/25/2019
**Debtor dismissed:** 06/25/2019 **Joint debtor dismissed:** 06/25/2019

# Creditors

**Community Associates Inc** (3725310)
1800 Jefferson
New Orleans, LA (cr)