# United States Bankruptcy Court
## Eastern District of Louisiana

| | |
|---|---|
| TYRONNE MARIO BASTIAN, SR.<br>JANICE SHANKLIN BASTIAN<br>5707 LAFAYE ST.<br>NEW ORLEANS LA 70122 | 19-11394<br>Chapter 13<br>Section A |

## TRUSTEE'S MOTION TO SET ASIDE MOTION TO DISMISS CASE

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who prays that his motion to dismiss this case (pleading #25), and the related hearing set for August 13, 2019, be set aside and dismissed.

Attorney for debtor:

PRO SE

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

---

**CERTIFICATE OF SERVICE**

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail upon the debtor, at the addresses listed herein.

07/03/2019     by: Melissa Frilot