# United States Bankruptcy Court

Eastern District of Louisiana

TYRONNE MARIO BASTIAN, SR.
JANICE SHANKLIN BASTIAN
5707 LAFAYE ST.
NEW ORLEANS LA 70122

19-11394
Chapter 13
Section A

## ORDER GRANTING TRUSTEE'S MOTION TO SET ASIDE MOTION TO DISMISS CASE

Considering the Trustee's Motion to Set Aside Motion to Dismiss Case;

IT IS ORDERED that the Motion is granted and the Trustee's Motion to Dismiss Case scheduled for August 13, 2019 is hereby SET ASIDE AND WITHDRAWN and the hearing is cancelled.

IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, July 8, 2019.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge